Exhibit "B"

# The Arbitration Tribunals of the
# JAMS

-----------------------------------------------X

**Arcadia Crypto Ventures LLC,**
**Richard Rofe, and Jennifer Rofe**

JAMS No.: 1425029759

Claimants,

**AFFIDAVIT OF SERVICE**

v.

**Madhu Kuty and Nithin Eapen,**

Respondents,

-----------------------------------------------X


STATE OF NEW YORK      )
                       ) ss:
COUNTY OF NASSAU       )

PARBATIE SINGH, being duly sworn, deposes and says:

I am not a party to the action, am over eighteen years of age and reside at Queens Village, New York.

On June 14, 2022, deponent mailed the within Summons, dated June 13, 2022, and witness fee check by FedEx overnight mail in an envelope properly addressed to Matthew Kirincic as follows: Matthew Kirincic, 23 Villanova Lane, Dix Hills, NY 11746, in an official depository located in the State of New York under the exclusive care and custody of FedEx.

_____
PARBATIE SINGH

Sworn to before me this
14th day of June, 2022

_Amanda Grassi_

AMANDA GRASSI
Notary Public, State of New York
Registration #01GR6198145
Qualified In Nassau County
Commission Expires Dec. 15, 2020
                          2024